FILED
08 JUL 28

1   PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

2   Name __VAN GUILDER, DANIEL B.__
        (Last)         (First)          (Initial)

3   Prisoner Number __F-11307__

4   Institutional Address __PELICAN BAY STATE PRISON: P.O. Box 7500; CRESCENT CITY, CA 95532__

5

6   =====================================================================
    UNITED STATES DISTRICT COURT
7   NORTHERN DISTRICT OF CALIFORNIA                                PJH

8   __DANIEL B. VAN GUILDER,__
    (Enter the full name of plaintiff in this action.)    CV ) 08      3602
9
                    vs.                      )    Case No. _____
10  __ROBERT A. HOREL, WARDEN__              )    (To be provided by the clerk of court)
                                             )
11  _____       )    PETITION FOR A WRIT
                                             )    OF HABEAS CORPUS
12  _____       )
                                             )
13  _____       )
                                             )
14  (Enter the full name of respondent(s) or jailor in this action)  )
                                             )
15
    =====================================================================
16                  Read Comments Carefully Before Filling In

17  When and Where to File

18          You should file in the Northern District if you were convicted and sentenced in one of these

19  counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa,

20  San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in

21  this district if you are challenging the manner in which your sentence is being executed, such as loss of

22  good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

23          If you are challenging your conviction or sentence and you were not convicted and sentenced in

24  one of the above-named fifteen counties, your petition will likely be transferred to the United States

25  District Court for the district in which the state court that convicted and sentenced you is located. If

26  you are challenging the execution of your sentence and you are not in prison in one of these counties,

27  your petition will likely be transferred to the district court for the district that includes the institution

28  where you are confined. Habeas L.R. 2254-3(b).

    PET. FOR WRIT OF HAB. CORPUS          - 1 -

1 | Who to Name as Respondent

2       You must name the person in whose actual custody you are. This usually means the Warden or

3 | jailor. Do not name the State of California, a city, a county or the superior court of the county in which

4 | you are imprisoned or by whom you were convicted and sentenced. These are not proper

5 | respondents.

6       If you are not presently in custody pursuant to the state judgment against which you seek relief

7 | but may be subject to such custody in the future (e.g., detainers), you must name the person in whose

8 | custody you are now and the Attorney General of the state in which the judgment you seek to attack

9 | was entered.

10 | A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11       1. What sentence are you challenging in this petition?

12           (a)    Name and location of court that imposed sentence (for example; Alameda

13                  County Superior Court, Oakland):

14       *SUPERIOR COURT, SONOMA COUNTY*    *SANTA ROSA, CA*

15                  Court                              Location

16           (b)    Case number, if known *MCR -446 771*

17           (c)    Date and terms of sentence *JANUARY 3, 2006; 21 yrs + 2 LIFE TERMS w/ PAROLE*

18           (d)    Are you now in custody serving this term? (Custody means being in jail, on

19                  parole or probation, etc.)         Yes ✓    No _____

20                  Where?

21                  Name of Institution: *PELICAN BAY STATE PRISON*

22                  Address: *P.O. Box 7500; CRESCENT CITY, CA 95532*

23       2. For what crime were you given this sentence? (If your petition challenges a sentence for

24 | more than one crime, list each crime separately using Penal Code numbers if known. If you are

25 | challenging more than one sentence, you should file a different petition for each sentence.)

26 | *PETITIONER WAS CONVICTED OF: 2 cts. 664(a)/187 + ENCH. 12022 (No. 4 ¢6); 3 cts.*

27 | *664/187 + ENCH. 12022 (No. 8, 13 ¢15); 6 cts. 245(a)(1) (No. 2, 5, 7, 9, 14, ¢16);*

28 | *1 ct. 422 + ENCH. 12022 (b)(1), (No. 3).*

PET. FOR WRIT OF HAB. CORPUS      - 2 -

1    3. Did you have any of the following?

2        Arraignment:                          Yes ✓        No _____

3        Preliminary Hearing:                  Yes ✓        No _____

4        Motion to Suppress:                   Yes ✓        No _____

5    4. How did you plead?

6        Guilty _____   Not Guilty ✓   Nolo Contendere _____

7        Any other plea (specify) _____

8    5. If you went to trial, what kind of trial did you have?

9        Jury ✓   Judge alone _____   Judge alone on a transcript _____

10   6. Did you testify at your trial?                    Yes _____   No ✓

11   7. Did you have an attorney at the following proceedings:

12       (a)   Arraignment                      Yes ✓        No _____

13       (b)   Preliminary hearing              Yes ✓        No _____

14       (c)   Time of plea                     Yes ✓        No _____

15       (d)   Trial                            Yes ✓        No _____

16       (e)   Sentencing                       Yes ✓        No _____

17       (f)   Appeal                           Yes ✓        No _____

18       (g)   Other post-conviction proceeding   Yes _____    No ✓

19   8. Did you appeal your conviction?                    Yes ✓        No _____

20       (a)   If you did, to what court(s) did you appeal?

21             Court of Appeal                   Yes ✓        No _____

22             Year: 2006    Result: AFFIRMED

23             Supreme Court of California       Yes ✓        No _____

24             Year: 2007    Result: DENIED REVIEW

25             Any other court                   Yes _____    No ✓

26             Year: _____   Result: _____

27

28       (b)   If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS        - 3 -

1          petition?                                              Yes ✓      No____

2          (c)    Was there an opinion?                    Yes ✓      No____

3          (d)    Did you seek permission to file a late appeal under Rule 31(a)?

4                                                                    Yes ____    No ✓

5                 If you did, give the name of the court and the result:

6                 *N/A*

7

8    9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

9    this conviction in any court, state or federal?                    Yes ____    No ✓

10        [Note: If you previously filed a petition for a writ of habeas corpus in federal court that

11   challenged the same conviction you are challenging now and if that petition was denied or dismissed

12   with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13   for an order authorizing the district court to consider this petition. You may not file a second or

14   subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28

15   U.S.C. §§ 2244(b).]

16        (a)    If you sought relief in any proceeding other than an appeal, answer the following

17               questions for each proceeding. Attach extra paper if you need more space.

18               I.     Name of Court: *N/A*

19                      Type of Proceeding: _____

20                      Grounds raised (Be brief but specific):

21                      a._____

22                      b._____

23                      c._____

24                      d._____

25                      Result: _____ Date of Result:_____

26               II.    Name of Court: *N/A*

27                      Type of Proceeding: _____

28                      Grounds raised (Be brief but specific):

PET. FOR WRIT OF HAB. CORPUS        - 4 -

1   a._____

2   b._____

3   c._____

4   d._____

5   Result:_____Date of Result:_____

6   III.   Name of Court: *N/A*_____

7   Type of Proceeding: _____

8   Grounds raised (Be brief but specific):

9   a._____

10   b._____

11   c._____

12   d._____

13   Result:_____Date of Result:_____

14   IV.   Name of Court: *N/A*_____

15   Type of Proceeding: _____

16   Grounds raised (Be brief but specific):

17   a._____

18   b._____

19   c._____

20   d._____

21   Result:_____Date of Result:_____

22   (b)   Is any petition, appeal or other post-conviction proceeding now pending in any court?

23   Yes _____   No _✔_

24   Name and location of court: *N/A*_____

25   B. GROUNDS FOR RELIEF

26   State briefly every reason that you believe you are being confined unlawfully. Give facts to

27   support each claim. For example, what legal right or privilege were you denied? What happened?

28   Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS        - 5 -

1  need more space. Answer the same questions for each claim.

2      [Note: You must present ALL your claims in your first federal habeas petition. Subsequent

3  petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4  499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5  Claim One: *PETITIONER'S PRIVILEGED COMMUNICATIONS WITH HIS ATTORNEY*

6  *WERE RECORDED AND TURNED OVER TO THE PROSECUTION*

7  Supporting Facts: *BETWEEN DECEMBER 29, 2004, AND MARCH 30, 2005, THE*

8  *SONOMA COUNTY SHERIFF'S DEPARTMENT ILLEGALLY RECORDED COM-*

9  *MUNICATIONS BETWEEN PETITIONER AND HIS ATTORNEY. ON MARCH*

10  *29, 2005, THE SHERIFF'S DEPARTMENT, ANSWERING A SUBPOENA SERVED*
*(CONTINUED ON PAGE 6a)*

11  Claim Two: *THE EVIDENCE WAS INSUFFICIENT ON COUNTS EIGHT, THIRTEEN, AND*

12  *FIFTEEN, BECAUSE THE JURY WAS TOLD PETITIONER COULD BE CONVICTED BASED*

13  Supporting Facts: *UPON SUBSTANTIAL EVIDENCE OF IMPLIED MALICE. FEDERAL DUE PROCESS IS*

14  *VIOLATED IF EVERY ELEMENT OF THE CRIME HAS NOT BEEN ESTABLISHED*

15  *BEYOND A REASONABLE DOUBT. (CITATION) THE CRIME OF ATTEMPTED*

16  *MURDER "REQUIRES THE SPECIFIC INTENT TO KILL AND THE COMMISSION*
*(CONTINUED ON PAGE 6a)*

17  Claim Three: *N/A*

18  _____

19  Supporting Facts: *N/A*

20  _____

21  _____

22  _____

23      If any of these grounds was not previously presented to any other court, state briefly which

24  grounds were not presented and why:

25  *N/A*

26  _____

27  _____

28  _____

PET. FOR WRIT OF HAB. CORPUS      - 6 -

## CLAIM NO. 1 (CONTINUED)

UPON THEM BY KIM DAYTON, AN INVESTIGATOR FOR THE SONOMA COUNTY DISTRICT ATTORNEY'S OFFICE, PROVIDED A CD CONTAINING THE CONFIDENTIAL COMMUNICATIONS BETWEEN PETITIONER AND HIS ATTORNEY. WHEN MS. DAYTON RECEIVED THE CD SHE MADE A COPY OF IT AND DELIVERED THE COPY TO ROBERT WANER, THE PROSECUTOR IN THE CASE.

THE ACTION IS IN VIOLATION OF PENAL CODE SECTION 636(a), WHICH MAKES IT A FELONY TO RECORD CONVERSATIONS BETWEEN PERSONS IN CUSTODY OF LAW ENFORCEMENT AND THEIR ATTORNEYS WITHOUT PERMISSION OF ALL PARTIES TO THE CONVERSATION. AS WELL AS PETITIONER'S FEDERAL CONSTITUTIONAL RIGHTS PROTECTED BY THE FIFTH, SIXTH, AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION. (SEE PET. O.B., PP. 11-16; & P.R., PP. 14-16; FOR FULL BRIEFING AND CASE CITATIONS)

## CLAIM NO. 2 (CONTINUED)

OF A DIRECT BUT INEFFECTUAL ACT TOWARD ACCOMPLISHING THE INTENDED KILLING." (CITATION) THOUGH EITHER EXPRESS OR IMPLIED MALICE IS SUFFICIENT FOR THE CRIME OF MURDER, A FINDING OF ATTEMPTED MURDER MAY ONLY BE SUSTAINED UPON A SUFFICIENT SHOWING THAT APPELLANT HARBORED EXPRESS MALICE [CITATION] HERE, PETITIONER DID NOT HARBOR EXPRESS MALICE. HE LACKED ANY MOTIVE TO KILL KORY, KATHY, AND/OR AMBER. HIS ACTS MAY HAVE PLACED THEIR LIVES AT RISK BUT DOING SO DOES NOT AMOUNT TO EXPRESS MALICE. THUS, HERE, PETITIONER AT MOST DEMONSTRATED IMPLIED MALICE, AN ACT ENDANGERING PERSONS. [CITATION] MOREOVER, NEITHER KORY, KATHY, NOR AMBER WAS IN A "KILL ZONE." PETITIONER DID NOT USE LETHAL FORCE OF THE TYPE AND EXTENT CALCULATED TO KILL EVERYONE IN THE AREA, INCLUDING THE PRIMARY TARGETS.

HERE, PETITIONER DID NOT GO AFTER ANY PERSON AS THE GROUP FLED, SOME GOING TO THE RIGHT OF PETITIONER'S CAR AND OTHERS GOING TO THE LEFT. THE MERE FACT THAT PETITIONER'S CAR MAY HAVE COME CLOSE TO ONE OF THE INTENDED TARGETS AND KORY, KATHY, AND/OR AMBER, DOES NOT, WITHOUT MORE, ESTABLISH THAT PETITIONER INTENDED TO ENSURE THE DEATH OF HIS INTENDED TARGETS BY KILLING KORY, KATHY, AND AMBER. (CONTINUED ON PAGE 6b)

-6a- VANGUILDER V. HOREL, ON HABEAS CORPUS

CLAIM NO. 2 (CONTINUED)

THE FACTS PRESENTED ARE FACTS THAT AMOUNT TO RECKLESS DISREGARD, OR IMPLIED MALICE, AND NOT A SPECIFIC INTENT TO KILL, THE REQUIRED EXPRESS MALICE. THIS ERROR WAS EXACERBATED BY THE PROSECUTOR'S ARGUMENT; ESSENTIAL-LY TELLING THE JURY THAT THEY COULD CONVICT PETITIONER OF ATTEMPTED MURDER BASED UPON SUBSTANTIAL EVIDENCE AND THE TRIAL COURT'S GIVING OF CALJIC 8.66.1.

AS A RESULT PETITIONER WAS DENIED DUE PROCESS OF LAW, PROTECTED BY THE DUE PROCESS CLAUSE OF THE FOURTEENTH AMENDMENT TO THE UNITED STATES CONSTITUTION, AND JACKSON v. VIRGINIA (1979) 443 U.S. 307, 313-314. (SEE PET. O.B.; PP. 16-21; P.R., PP. 16-18; FOR FULL BRIEFING AND CASE CITATION)

# DECLARATION

I, DANIEL B. VANGUILDER, THE PETITIONER IN THE ABOVE-ENTITLED ACTION, DO HEREBY DECLARE THAT THE FOLLOWING STATEMENTS ARE TRUE:

1) I AM PROCEEDING PRO SE IN THIS HABEAS CORPUS ACTION, AND THAT I HAVE NO LEGAL TRAINING OR EXPERIENCE.

2) THAT AS A RESULT OF MY LACK OF KNOWLEDGE I HAVE BEEN FORCED TO RELY ON MY APPELLATE ATTORNEY'S LEGAL ARGUMENT AND CASE CITATIONS. BASED UPON THE BRIEF NATURE OF THE HABEAS CORPUS PETITION ITSELF, I WAS UNABLE TO FULLY BRIEF THE ISSUES WITH CASE CITATIONS AND PROPER LEGAL ARGUMENT. I HAVE THEREFORE CITED THE PROPER PAGE NUMBERS TO BOTH THE OPENING BRIEF ON APPEAL AND THE PETITION FOR REVIEW WHICH CONTAIN A FULL AND COMPLETE ARGUMENT AND CASE CITATION ON EACH ISSUE.

3) IT IS MY UNDERSTANDING THAT THE ATTORNEY GENERAL WILL FILE PROPER COPIES OF THESE DOCUMENTS WITH THE COURT; THEREFORE, I WOULD RESPECTFULLY REQUEST THAT THE COURT TAKE JUDICIAL NOTICE OF THOSE DOCUMENTS IN SUPPORT OF MY HABEAS CORPUS CLAIMS.

SWORN TO UNDER PENALTY OF PERJURY ON THE 16th DAY OF JULY 2008 AT PELICAN BAY STATE PRISON IN CRESCENT CITY, CA; COUNTY OF DEL NORTE.

Daniel Van Guilder
DANIEL B. VANGUILDER, DECLARANT
PRO SE

— 6b — VAN GUILDER v. HOREL, ON HABEAS CORPUS

1   List, by name and citation only, any cases that you think are close factually to yours so that they

2   are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning

3   of these cases:

4   PLEASE SEE PETITIONER'S OPENING BRIEF AND PETITION FOR REVIEW ON APPEAL.

5

6

7   Do you have an attorney for this petition?                          Yes_____   No ✓

8   If you do, give the name and address of your attorney:

9   N/A

10  WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in

11  this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

12

13  Executed on X 7 - 16 - 2008            X Daniel VanGuilder

14            Date                          Signature of Petitioner

15

16

17

18

19

20  (Rev. 6/02)

21

22

23

24

25

26

27

28

PET. FOR WRIT OF HAB. CORPUS        - 7 -

CLERK OF THE COURT!

ENCLOSED YOU WILL FIND THE ORIGINAL OF MY DOCUMENT(S) FOR FILING. I HAVE AN EXTRA COPY(S) OF THE TITLE PAGE (S) SO THAT YOU MIGHT STAMP THEM "FILED" AND RETURN THEM TO ME IN THE SASE INCLUDED FOR THAT PURPOSE.

THANKING YOU IN ADVANCE FOR YOUR TIME AND COOPERATION IN THIS MATTER.

SINCERELY,

DANIEL B. VAN GUILDER, PRO SE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611021758
Cashier ID: sprinka
Transaction Date: 07/28/2008
Payer Name: DANIEL VAN GUILDER
----------------------------------
WRIT OF HABEAS CORPUS
 For: DANIEL VAN GUILDER
 Amount:        $5.00
----------------------------------
CHECK
 Check/Money Order Num: 58020537058
 Amt Tendered:  $5.00
----------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

PJH

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.



U.S. POSTAGE
$1.17
FCM LG ENV
9/28
times of res
07/24/08
02 1P00
02314141

Daniel Van Guilder F-11307
P.B.S.P. BS 126L
P.O. Box 7500
Crescent City CA
95531-7500

Clerk of the United States
District Court
Northern District of Calif
450 Golden Gate Ave
Box 36060
San Francisco CA 94102

" Legal Mail "