To whom it may concern Case# 3602 PJH
I recieved paperwork that my habeaus corpus appeal was received and filed in the federal appeallate court. The reason I'm writing is I have many question's to ask and hopefully you can answer for me. Will I have one person who handle's my case that I can work directly with. Second, at know time during my trial or after being sentenced was I sent out for a mental evaluation and I feel that would greatly help my case. I'm still being medicated to help me on a daily basis's that help but I still have great concern as to my long term affect it may have on me. I'm very depressed, paranoid, hearing voice's, unuasal sleeping, seeing thing's, negative thought's. Prison Doctor's no about matters. Is their a time frame for how long matters will take, please help me so I get the proper help that I need. I will look forward to your response. Thank you

Daniel Van Guilder F-11307
P.B.S.P. B5 125L
P.O. Box 7500
Crescent City, Calif
95531-7500



C/o Kingston
8-12-08